■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH FISHER, Appellant. (Appeal No. 2.) [999 NYS2d 914]— Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), rendered January 14, 2011. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Fisher* ([appeal No. 1] 125 AD3d 1341 [2015]). Present—Scudder, P.J., Centra, Lindley, Sconiers and DeJoseph, JJ.